IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
JAN 0 7 2014
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.   1:14-cr-001 |
| ) | |
| v. ) | **INDICTMENT** |
| ) | T. 18, U.S.C. § 2261(a)(1),(a)(2) |
| BARVARITO GARCIA-LONGORIA, ) | T. 18, U.S.C. § 922(g)(1) |
| ) | T. 18, U.S.C. § 922(k) |
| Defendant. ) | T. 18, U.S.C. § 924(c)(1)(A) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
(Interstate Domestic Violence)

On or about September 28, 2013, in the Southern District of Iowa and elsewhere, the defendant, BARVARITO GARCIA-LONGORIA, did unlawfully, knowingly, and willfully travel in interstate commerce with the intent to kill, injure, harass or intimidate M.G., his spouse, and in the course of such travel, committed or attempted to commit a crime of violence against M.G., and during the offense the defendant used a dangerous weapon, to wit: a Taurus PT111 9mm semi-automatic pistol.

This is a violation of Title 18, United States Code, Section 2261(a)(1) and 2261(b)(3).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
(Causing Travel Domestic Violence Victim)

On or about September 28, 2013, in the Southern District of Iowa and elsewhere, the defendant, BARVARITO GARCIA-LONGORIA, caused M.G., a spouse, to travel in interstate commerce by force, coercion, duress, and fraud, and while in the course of, and as a result of, and to facilitate such conduct, committed and attempted to commit, a crime of violence against M.G.

and during the offense the Defendant used a dangerous weapon, to wit: a Taurus PT111 9mm semi-automatic pistol.

This is a violation of Title 18, United States Code, Section 2261(a)(2) and 2261(b)(3).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
(Felon in Possession of a Firearm)

On or about September 28, 2013, in the Southern District of Iowa, the Defendant, BARVARITO GARCIA-LONGORIA, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Taurus PT111 9mm semi-automatic pistol, and ammunition.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
(Possession of Firearm with Removed, Altered or Obliterated Serial Number)

On or about September 28, 2013, in the Southern District of Iowa, the Defendant, BARVARITO GARCIA-LONGORIA, knowingly possessed a firearm, that is, a Taurus PT111 9mm semi-automatic pistol, which had the importer's or manufacturer's serial number removed, obliterated, and altered, and which firearm had prior to said possession by Defendant been shipped and transported in interstate commerce.

This is a violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
(Possession of Firearm in Furtherance of a Crime of Violence)

On or about September 28, 2013, in the Southern District of Iowa and elsewhere, the defendant, BARVARITO GARCI-LONGORIA, did knowingly possess, brandish, discharge,

carry and use a firearm, that is, a Taurus PT111, 9 mm semi-automatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interstate domestic violence as set forth in Counts I and II of this Indictment.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A).

**NOTICE OF FORFEITURE:**

Upon conviction for the offense alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in the commission of said offense, including, but not limited to, the firearm and ammunition identified in this Indictment.

**TRUE BILL.**

/S/
FOREPERSON

Nicholas A. Klinefeldt
United States Attorney

By: _S/Richard E. Rothrock_
Richard E. Rothrock
Assistant United States Attorney